**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JENNIFER FARRAR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 C 333 |
| | ) | |
| v. | ) | Judge: Joan B. Gottshall |
| | ) | |
| THOMAS J. DART, SHERIFF OF COOK COUNTY and COOK COUNTY ILLINOIS, | ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COME DEFENDANTS, THOMAS J. DART AND COOK COUNTY, through their attorney ANITA ALVAREZ, State's Attorney of Cook County, through her assistant, Assistant State's Attorney PATRICK SMITH, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. That Defendants Thomas Dart and Cook County were served on January 21, 2010. Defendants have until February 10, 2010, to file their answer or otherwise plead.

2. That Defendants in this matter are represented by the Office of the Cook County State's Attorney.

3. That certain documents have been requested and will not be received for at least 21 days. Said documents are necessary to prepare a proper answer or other pleading to plaintiff's Complaint.

4. That undersigned counsel respectfully requests 30 days to prepare an appropriate answer or other pleading on behalf of said defendant.

**WHEREFORE YOUR DEFENDANTS PRAYS:**

1. That this Honorable Court grant an enlargement of time, at least 30 days, or until March 11, 2010 for the defendant to answer or otherwise plead;

2. That this Honorable Court grants any other relief it deems just.

        Respectfully Submitted,

        ANITA ALVAREZ
        State's Attorney of Cook County

        /s/ Patrick S. Smith
        Patrick S. Smith
        Deputy Supervisor
        Conflicts Counsel Unit
        69 W. Washington, 20th floor
        Chicago, Il 60602
        (312) 603-1422