**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JENNIFER FARRAR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10-cv-333 |
| | ) | |
| v. | ) | Judge: Joan B. Gottschall |
| | ) | |
| THOMAS J. DART, SHERIFF OF COOK | ) | |
| COUNTY and COOK COUNTY ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' AGREED MOTION FOR EXTENSION OF DISCOVERY

NOW COME DEFENDANTS, THOMAS J. DART AND COOK COUNTY, through their attorney ANITA ALVAREZ, State's Attorney of Cook County, through her assistant, Assistant State's Attorney PATRICK SMITH, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, state as follows:

1. That, on March 24, 2010, this Court ordered discovery in this case to be completed by July 22, 2010.  (Dkt. 13.)

2. That the undersigned defense counsel Patrick Smith is transferring this case to Assistant State's Attorney Michael Gallagher.

3. That ASA Gallagher will need additional time to get up to speed on this case, to take the deposition of the Plaintiff, and for such other discovery as he sees fit.

4. That, pursuant to conversation by telephone and letter on July 12, 2010, Plaintiff's counsel Thomas Morrissey agrees with this motion.

5. That the parties respectfully request an extension of time until August 21, 2010 to complete discovery in this case.

1

**WHEREFORE YOUR DEFENDANTS PRAYS:**

1. That this Honorable Court grant an enlargement of time, at least 30 days, or until August 21, 2010 for the parties to complete discovery.

2. That this Honorable Court grants any other relief it deems just.

    Respectfully Submitted,

    ANITA ALVAREZ
    State's Attorney of Cook County

    /s/ Patrick S. Smith
    Patrick S. Smith
    Deputy Supervisor
    Conflicts Counsel Unit
    69 W. Washington, 20th floor
    Chicago, IL 60602
    (312) 603-1422