**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JENNIFER FARRAR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 C 333 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Joan Gottschall |
| SHERIFF OF COOK COUNTY and | ) | |
| COOK COUNTY ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
WITHIN THE SAME FIRM**

To:    Thomas G. Morrissey, Esq.           Kenneth N. Flaxman, Esq.
        Thomas G. Morrissey, Ltd.           200 South Michigan
        10249 S. Western Ave.              Suite 1240
        Chicago, IL 60643                  Chicago, IL 60604-2430

      **PLEASE TAKE NOTICE** that on July 20, 2010, Patrick S. Smith, an Assistant State's Attorney for Cook County assigned to the Conflicts Unit, withdrew his appearance for Defendants Thomas Dart, Sheriff of Cook County and Cook County, and Michael L. Gallagher, an Assistant State's Attorney for Cook County assigned to the Torts/Civil Rights Litigation Section, substituted his appearance for Defendants Thomas Dart, Sheriff of Cook County and Cook County,.

                                           ANITA ALVAREZ
                                           State's Attorney of Cook County

                               By:     */s/ Michael L. Gallagher*
                                               Michael L. Gallagher
                                               Assistant State's Attorney
                                               Torts/Civil Rights Litigation Section
                                               500 Richard J. Daley Center
                                               Chicago, IL 60602
                                               (312) 603-3124

## CERTIFICATE OF SERVICE

     Michael L. Gallagher, Assistant State's Attorney, hereby certifies that, in accordance with Fed. R. Civ. P. 5. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the Defendants' *Notice of Withdrawal and Substitution of Counsel Within the Same Firm* was served pursuant to the District Court's ECF system as to ECF filers to those listed below on July 20, 2010.

| | |
|---|---|
| Thomas G. Morrissey, Esq. | Kenneth N. Flaxman, Esq. |
| Thomas G. Morrissey, Ltd. | 200 South Michigan |
| 10249 S. Western Ave. | Suite 1240 |
| Chicago, IL 60643 | Chicago, IL 60604-2430 |

                                            */s/ Michael L. Gallagher*
                                            Michael L. Gallagher